UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARK FIELD d/b/a IRON HORSE DEMOLITION, agent of Iron Horse Demolition, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 3:24-CV-229-DCP |
| RODNEY MANN, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This civil action is before the Court on a *sua sponte* review. Upon a review of the record, the Court is of the opinion that a judicially-hosted settlement conference will promote judicial economy and facilitate a possible resolution in this action. Accordingly, pursuant to Local Rule 68.3, the Court hereby **REFERS** this civil action to the Honorable Susan K. Lee, United States Magistrate Judge, for a judicially-hosted settlement conference to be held within **ninety (90) days** of the entry of this Order.

The parties are **DIRECTED** to promptly confer about a mutually agreeable date for an initial phone conference with Judge Lee, to be held the week of November 3, 2025, at 4:00 p.m. EST. The parties should jointly email their mutually agreeable date within that week to Judge Lee at Susan_K_Lee@tned.uscourts.gov no later than close of business on Thursday, October 30, 2025.

In light of the referral for a judicially-hosted settlement conference, this action is **STAYED** until the conclusion of the settlement conference. The final pretrial conference and trial scheduled for February 3, 2026, and February 17, 2026, respectively, are hereby **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

/s/ Debra C. Poplin
Debra C. Poplin
United States Magistrate Judge